# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WAEL ALSIRO, et al.,

    Plaintiffs,

v.                        CASE NO.  4:05cv136-RH/WCS

DEPARTMENT OF COMMUNITY
AFFAIRS,

    Defendant.

_____/

## ORDER SETTING DEADLINE FOR MOTION TO DISQUALIFY

For the reasons set forth on the record of the telephonic case management conference of August 24, 2005,

IT IS ORDERED:

1.  The deadline for plaintiff Wael Alsiro to file any motion to disqualify defendant's attorney based on the attorney's wife's treatment of Mr. Alsiro's daughter (and related circumstances) is September 14, 2005.  Defendant shall respond to any such motion in accordance with Local Rule 7.1.

2.  No changes are made to the existing schedule as set forth in the Revised Scheduling Order entered July 8, 2005 (document 19).

3.  Further case management conferences will be conducted promptly on motion of any party.

SO ORDERED this 29th day of August, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge